## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MERLIN L. MADDOX, | : | CIVIL ACTION NO. |
| Newton Cnty. ID # 952216, | : | 1:13-CV-03454-WSD-JCF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNNAMED, | : | PRISONER CIVIL ACTION |
| Defendant. | : | 42 U.S.C. § 1983 |

## MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION

On October 10, 2013, Plaintiff submitted a two-page letter to the Court, which the Clerk docketed on October 17 as the complaint in this civil action. (Doc. 1). On October 28, the Court ordered Plaintiff to file, within thirty days, an amended complaint on the form provided by the Clerk and to either pay the filing fee in full or file an application for leave to proceed *in forma pauperis*. (Doc. 2). To date, Plaintiff has not responded to that order.

Accordingly, **IT IS RECOMMENDED** that this action be **DISMISSED without prejudice** because Plaintiff failed to obey a lawful order of this Court. *See* LR 41.3.A.(2), NDGa.

The Clerk is **DIRECTED** to withdraw the reference to the Magistrate Judge.

**SO RECOMMENDED and DIRECTED** this 10th day of December, 2013.

                                    /s/ *J. CLAY FULLER*
                                  J. CLAY FULLER
                                  United States Magistrate Judge

AO 72A
(Rev.8/82)